FILED
MAR 17 2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARMIN HARCEVIC,<br>Defendant. | Case No. 15-mj-70142-MAG-1 (PSG)<br><br>Charging District's Case No.<br>4:15-cr-00049-CDP DDN |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District District of Missouri.

The defendant may need an interpreter for this language: Not Requested.

The defendant:        [ ] will retain an attorney.

[X] is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district. The Clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

**IT IS SO ORDERED.**

Dated: March 17, 2015

Paul Singh Grewal
United States Magistrate Judge